**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| VUONG MINH TRAN,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services,<br><br>Defendant. | Civil No: 7:26-cv-281 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff declares that the above-captioned action is voluntarily dismissed without prejudice. This Notice of Voluntary Dismissal is timely entered because Defendant has neither served an answer nor made a motion to dismiss or for summary judgment.

RESPECTFULLY SUBMITTED this 21st day of October, 2026

/s/ Eli A. Echols

Eli A. Echols, Esq.
Georgia Bar #141839
Attorney for the Plaintiff
Socheat Chea, P.C.
3500 Duluth Park Lane, Bldg. 300
Duluth, Georgia 30096
(770) 623-8880
(770) 623-8852 (fax)
eli@socheatchea.com

SO ORDERED this 22nd day
of October, 2026.

W. Louis Sands

W. Louis Sands, SR. Judge
United States District Court